Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Lockwood International, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known): | 18-30268 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JIANGSU YDF VALVE CO LTD Shangzhuang Town Fredericksburg, VA 22402-3000 | 86-21-60837322 | Material | | | | $3,942,519.72 |
| O.M.B. - ITALY Via Europa 24069 Cenate Sottto Bergamo, Italy | 39 0354256711 | Material | | | | $3,658,440.88 |
| PK VALVE 192-1 Shinchon-Dong Changtown-City, KN | 825-526-83744 | Material | | | | $2,620,962.72 |
| TIV VALVES SRL Via Provinciale Saronnese 58 20027 Rescaldina MI Italy | INFO@TIV-VALVES.COM 390-331579931 | Material | | | | $1,971,735.44 |
| ILSHIN FORGED STEEL VALVE CO. 1 NA 703, Shiwha Indl Comples 1244-2 Chongwang-Dong | 82-314338177 | Material | | | | $1,101,757.92 |
| FLOWSERVE - RALEIGH 1900 S. Saunders Street Raleigh, NC 27603 | 800-225-6989 | Material | | | | $1,060,264.00 |
| TWC - THE VALVE COMPANY P.O. Box 95455 Grapevine, TX 76099-0752 | 281-566-1200 | Material | | | | $1,051,659.76 |

Debtor   **Lockwood International, Inc.**   Case number *(if known)*   18-30268
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **POYAM VALVES** POLIGONO POYAM IDIAZABAL GIPUZKOA E-20213 Spain | 34 943 188000 | Material | | | | $1,008,125.00 |
| **PUSAN PIPE AMERICA INC** 2100 Main Street Suite 100 Irvine, CA 92614 | 949-655-8000 | Material | | | | $935,740.71 |
| **TRUFLO RONA SRL** Via Stendahal, 65 Delaplane, VA 20144 | 39 0523 766111 | Material | | | | $919,556.91 |
| **TIV VALVES SRL** Via Provinciale Saronnese, 58 20027 Rescaldina, Italy | 39 0331 579931 | Material | | | | $615,974.17 |
| **VALVOSIDER** Via San Rocco, 2 13011 Borgosesia VC, Italy | 39 016322991 | Material | | | | $607,603.06 |
| **USI SOUTHWEST** 840 Gessner Suite 600 Houston, TX 77024 | 713-490-4600 | Business Insurance | | | | $605,938.00 |
| **TRUFLO RONA SRL** Via Grilli 2/A San Nicolo A Rewvvia Bishopville, SC 29010 | 39 0523 766111 | Material | | | | $598,971.58 |
| **ALLIED FITTING LP** 7200 Mykawa Road Houston, TX 77033 | 713-799-1100 | Material | | | | $587,674.51 |
| **LVF VALVE SOLUTIONS** Via G Mazzine 6 Partita IVA 03076750169 Blacksburg, VA 24060 | MR CLAUDIO PICCININI 39 035 4255211 | Material | | | | $429,648.63 |
| **J.D. FIELDS & COMPANY INC** 55 Waugh Dr., #1250 Houston, TX 77007 | 281-558-7199 | Material | | | | $420,602.79 |
| **ORTON ITALIANA SRL** Via Dei Bazachl 50 Piacenza Emilia-Romagna, SC 29100 | 39 040 813204 | Material | | | | $395,732.83 |

Debtor **Lockwood International, Inc.**  
Name

Case number *(if known)* **18-30268**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **COR-PRO SYSTEM OPERATING, LTD.**<br>**10555 West Little York**<br>**Houston, TX 77041** | **ACCOUNTS RECEIVABLE**<br><br>**281-598-9900** | Material | | | | $371,022.45 |
| **ASSOCIATED VALVE**<br>**703-19th Ave**<br>**Nisku AB T9E 7V9** | **780-979-0505** | Material | | | | $367,421.29 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Lockwood International, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 18-30268 |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 24, 2018**    X  **/s/ Michael F. Lockwood**
Signature of individual signing on behalf of debtor

**Michael F. Lockwood**
Printed name

**Chief Executive Officer**
Position or relationship to debtor