United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 09, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 18-bk-30197** |
| **LOCKWOOD HOLDINGS, INC.,** *et al.*,[1] | § | |
| | § | **Chapter 11** |
| **Debtors.** | | |

**ORDER GRANTING TRUSTEE'S APPLICATION
FOR FINAL DECREE CLOSING: (I) LH AVIATION, LLC
(CASE NO. 18-30198); (II) PIPING COMPONENTS, INC. (CASE NO. 18-30199);
(III) LOCKWOOD INTERNATIONAL, INC. (CASE NO. 18-30268); (IV) LOCKWOOD
ENTERPRISES, INC. (CASE NO. 18-30269); (V) LMG MANFACTURING, INC.
(CASE NO. 18-30270); AND (VI) 7807 EAGLE LANE, LLC (CASE NO. 18-30271)**
[dkt. no. 1514]

On this day came on to be considered the Trustee's Application for Final Decree Closing

Bankruptcy Cases (the "Application"). After this Court having considered the Application and

based on the record before it, finds and concludes[2] that (i) this Court has jurisdiction over this

matter pursuant to 28 U.S.C. § 1334; (ii) the Application constitutes a core proceeding pursuant

to 28 U.S.C. § 157(b)(2), as to which this Court may enter a final order consistent with Article

III of the United States Constitution; (iii) venue of this proceeding and the Application in this

district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) notice of this Application and

opportunity for a hearing thereon has be appropriate and adequate, and no other notice needs to be

provided; and (v) good cause exists to approve the Application and enter a Final Decree closing

the following Chapter 11 cases:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Lockwood Holdings, Inc. (9726); LH Aviation, LLC (6984); Piping Components, Inc. (0197); Lockwood International, Inc. (8597); Lockwood Enterprises, Inc. (6504); LMG Manufacturing, Inc. (9468); and 7807 Eagle Lane, LLC (7382).

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

1

(i)      LH Aviation, LLC (Case No. 18-30198);

(ii)     Piping Components, Inc. (Case No. 18-30199);

(iii)    Lockwood International, Inc. (Case No. 18-30268);

(iv)    Lockwood Enterprises, Inc. (Case No. 18-30269);

(v)     LMG Manufacturing, Inc. (Case No. 18-30270); and

(vi)    7807 Eagle Lane, LLC (Case No. 18-30271).

(the "Bankruptcy Cases") on the terms set forth herein. The Court further finds and concludes:

1.      On December 21, 2018, the Plan [Docket No. 824] was filed.

2.      On February 6, 2019, the Confirmation Order [Docket No. 882] confirming the Plan was entered.

3.      The Plan became effective as of June 26, 2019 [Docket No. 1005].  Plan has been substantially consummated.

4.      The Trustee has authority from this Court pursuant to 11 U.S.C. § 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure to close the Bankruptcy Cases, as provided herein. Pursuant to 11 U.S.C. § 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure, this Court finds and concludes that the Bankruptcy Cases have been fully administered as contemplated in Sections 350 and Rule 3022.

5.      Accordingly, this Court finds and concludes that it is proper for this Court to enter this Final Decree and close these Bankruptcy Cases effective upon entry of this Order by this Court.

6.      This Court retains the authority and discretion to reopen one or more of the Bankruptcy Cases at a future time, as may be appropriate and notwithstanding the entry of this Final Decree.

7.      Nothing in this Order shall be construed as a limitation on the reservation of exclusive jurisdiction contained in the Plan.

Based on the foregoing findings of fact and conclusions of law, it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 350 and Federal Rule of Bankruptcy Procedure 3022, a Final Decree is hereby issued with respect to these Bankruptcy Cases effective upon entry of this Order by this Court; and it is further

**ORDERED** that neither the entry of this Final Decree nor any provision contained herein shall be deemed to adversely impact the continued administration of the Trust (as defined in the Application), nor the validity or enforceability of any provisions of the Plan, Confirmation Order, or any other prior orders or judgments entered in or in relation to the Bankruptcy Cases or any related adversary proceeding; and it is further

**ORDERED** that the Trustee as to the Bankruptcy Cases only is hereby authorized to immediately dispose of and destroy all records maintained by the Trustee that relate to filed or scheduled claims that have been fully and finally adjudicated or compromised, without any possibility of appeal; and it is further

**ORDERED** that the Trustee as to the Bankruptcy Cases only is hereby authorized to immediately dispose of and destroy all records maintained by the Trustee that relate solely to litigation claims previously asserted by the Trustee, but which have been fully and finally compromised without any possibility of appeal; and it is further

**ORDERED** that except as expressly provided otherwise herein and provided that the Trustee remains fully entitled, for all purposes, to all protections, limitations and indemnifications, including as provided in Article 7 of the Lockwood Holdings, Inc., *ET. AL.* Creditor Trust Agreement (the "Trust Agreement"), the Trustee is hereby discharged from and with respect to all

3

duties set forth or contemplated in the Plan, Trust Agreement and Confirmation Order prior to the closing of the Bankruptcy Cases or otherwise fully performed or accomplished as of the entry of this Order by this Court. Furthermore, all duties and responsibilities of the Trustee are hereby deemed discharged, terminated and fully released as to the Bankruptcy Cases.

**ORDERED** that entry of this Final Decree is without prejudice to the rights of the Trustee to seek to reopen the Bankruptcy Cases, or any of them, pursuant to 11 U.S.C. § 350(b); and it is further

**ORDERED** that the Trustee is hereby authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Application and this Order; and it is further

**ORDERED** that payment of all fees payable to the United States Trustee pursuant to Section 1930 of Title 28 of the United States Code, shall be paid by the Trustee on behalf of the Lockwood Holdings, Inc., *et al.* Creditor Trust the date this Order is entered by this Court, and no further United States Trustee Fees shall be due and owing unless a Bankruptcy Case is reopened pursuant to 11 U.S.C. § 350(b); and it is further

**ORDERED** that notwithstanding the closing of the Bankruptcy Cases this Court shall and hereby does retain exclusive jurisdiction to the fullest extent permitted under the Plan, the Confirmation Order, and/or applicable law and/or arising from or related to the implantation of this Final Decree; and it is further

**ORDERED** that the Clerk's Office is hereby ordered and directed to close the Bankruptcy Cases immediately (case numbers 18-30198, 18-30199, 18-30268, 18-30269, 18-30270, and 18-30271); it is further

**ORDERED** that case number 18-30197 shall remain open pending further order of this

4

Court.

Signed: July 09, 2025

_____
Marvin Isgur
United States Bankruptcy Judge

HUGHES, WATTERS & ASKANASE, L.L.P.

*/s/ Steven Shurn*
_____
Steven Shurn
State Bar No. 24013507
Hughes, Watters & Askanase, L.L.P.
TotalEnergies Tower
1201 Louisiana, 28th Floor
Houston, Texas 77002
(713) 590-4200 Phone
(713) 590-4230 Fax
(713) 410-2139 Cell

**ATTORNEYS FOR TRUSTEE**